AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Metropolitan Life Insurance Company | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:09-cv-00572-JRS |
| Gwendolyn Kay Leich-Brannan, et a. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Gwendolyn Kay Leich-Brannan
PO Box 854
Bracey, Virginia 23919

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Christopher W. Hammond
Sutherland Asbill and Brennan LLP
1275 Pennsylvania Avenue NW
Washington, DC 20004

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
Name of clerk of court

Date: DEC 1 0 2009

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*