UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

METROPOLITAN LIFE INSURANCE CO.,

    Plaintiff,

v.

GWENDOLYN KAY LEICH-BRANNAN, et al.,

    Defendant.

Action No. 3:09–CV–572

ORDER

THIS MATTER is before the Court on defendant Julius Leich's Motion to Dismiss (Doc. No. 4) plaintiff Metropolitan Life Insurance Company's Complaint for Declaratory Judgment. The Court has heard oral argument from both parties and given due consideration to their briefs.

For the reasons stated in the accompanying Opinion, Defendant's Motion is DENIED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                              /s/
James R. Spencer
Chief United States District Judge

ENTERED this   14th   day of December 2009